FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2006 AUG 18  AM 11: 35

AUGUSTA DIVISION

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| MATTIE L. ROGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 105-049 ) |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 18th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE